**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. 25-8311 |
| JOEL VASQUEZ | : | **CRIMINAL COMPLAINT** |

I, Michael Reverendo, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Department of Homeland Security – Homeland Security Investigations, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

*/s/ Michael Reverendo*

Michael Reverendo, Special Agent
Department of Homeland Security
Homeland Security Investigations

Special Agent Reverendo attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 24th day of October 2025.

Hon. Jessica S. Allen
United States Magistrate Judge

## ATTACHMENT A

**(Illegal Reentry by a Convicted Aggravated Felon)**

On or after January 9, 2024, and on or before October 17, 2025, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

[redacted] JOEL VASQUEZ /MAH

being an alien who was deported and removed and having departed from the United States while an order of deportation and removal was outstanding, and whose removal was subsequent to a conviction for the commission of an aggravated felony, and thereafter, without the express consent of the Secretary of Homeland Security of the United States or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about October 17, 2025, was found in, the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**ATTACHMENT B**

I, Michael Reverendo, am a Special Agent with the United States Department of Homeland Security – Homeland Security Investigations ("HSI"). The information contained in this complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including immigration records and other documents. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. The defendant, JOEL VASQUEZ ("VASQUEZ"), is a citizen of the Dominican Republic and is not a citizen of the United States.

2. On or about May 15, 2007, VASQUEZ entered the United States at an unknown location without inspection, admission, or parole by an Immigration Officer.

3. On or about May 26, 2021, the Drug Enforcement Administration ("DEA") arrested VASQUEZ in Gloucester County, New Jersey for distributing and possessing with intent to distribute fentanyl. Subsequent to his arrest, law enforcement took VASQUEZ's fingerprints.

4. On or about August 22, 2022, in the United States District Court for the District of New Jersey, VASQUEZ pleaded guilty to distribution and possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). On or about March 1, 2023, VASQUEZ was sentenced to 36 months' imprisonment, followed by 3 years' supervised release. VASQUEZ's term of supervised release has yet to expire.

5. On or about January 9, 2024, VASQUEZ was removed from the United States pursuant to a removal order by an Immigration Judge (the "2024 Removal"). Shortly before the removal, ICE took a photograph of VASQUEZ's face.

6. At some point after the 2024 Removal, VASQUEZ re-entered the United States without permission on an unknown date and was found in the United States on or about October 17, 2025.

7. Specifically, HSI encountered VASQUEZ on October 17, 2025 when, while surveilling VASQUEZ outside a residence in East Rutherford, law enforcement identified VASQUEZ visually, observed him get into a vehicle and

drive off, followed the vehicle, and conducted a traffic stop. Law enforcement administratively arrested VASQUEZ based on his violation of the immigration laws. Subsequent to his administrative arrest, law enforcement took VASQUEZ's fingerprints.

8. By accessing law enforcement databases, HSI was able to match VASQUEZ's fingerprints taken following the October 17, 2025 administrative arrest with VASQUEZ's fingerprints taken on or about May 27, 2021 after he was arrested by DEA. Visual inspection of VASQUEZ further confirms that VASQUEZ is the same person in the photograph taken just prior to VASQUEZ's removal in January 2024.

9. Neither the Secretary of Homeland Security nor the Attorney General of the United States expressly consented to VASQUEZ's re-application for admission to the United States prior to his re-embarkation at a place outside the United States, or to his re-entry into the United States. VASQUEZ also did not receive a waiver allowing him to re-enter the United States.